753 A.2d 1150

ATUL MEHTA, ET AL., PLAINTIFFS–MOVANTS, v. WILLOW-
BROOK NISSAN, INC., ET AL., DEFENDANTS, AND CHASE
MANHATTAN BANK, DEFENDANT–RESPONDENT.

May 19, 2000.

Leave to appeal is granted and the matter is summarily re-
manded to the Superior Court, Law Division for consideration of
the effect of *N.J.S.A.* 17:16C–38.2 on plaintiffs' claims against
Chase Manhattan Bank and on chase Manhattan's counterclaim.

Jurisdiction is not retained.